**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 19-10230-BFK |
| INSCOPE INTERNATIONAL, INC., | ) | |
| | ) | (Chapter 11) |
| Debtor. | ) | |
| | ) | |

**NOTICE OF BID PROCEDURES, AUCTION DATE,**
<u>**AND SALE HEARING**</u>

**NOTICE IS HEREBY GIVEN**, as follows:

1.      On March 11, 2019, Inscope International, Inc., the debtor and debtor-in-possession herein (the "**Debtor**"), filed a motion (the "**Bid Procedures Motion**") requesting entry of an order: (a) approving bid procedures for the sale of substantially all the Debtor's Assets (as defined below); (b) authorizing and scheduling an auction (the "**Auction**") to sell the Property; (c) scheduling a hearing (the "**Sale Hearing**") on approval of the sale of the Debtor's Assets free and clear of liens, claims, encumbrances and other interests; (d) authorizing the assumption and assignment of certain executory contracts in conjunction with the sale; (e) approving certain deadlines and the form, manner, and sufficiency of notice of the foregoing; and (f) granting other related relief.  The Assets to be sold include certain contract rights in the following contracts:

      (i) Department of Energy (GS-35F-0048R),

      (ii) Department of Justice (I5JA0518P00000550),

      (iii) Task Order 89303018FET400006,

      (iv) GSA Schedule No. 47QTCA18D0079,

      (v) Volkswagen Agreement effective September 5, 2018,

      (vi) Acumen Solutions (MSA),

Kristen E. Burgers (VSB No. 67997)
HIRSCHLER
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  kburgers@hirschlerlaw.com

*Counsel to the Debtor*

(viii) FINRA Agreement No. CORP-0002845,

(ix) Freddie Mac Master Agreement,

(x) Board of Governors of the Federal Reserve System SOA 201400405,

(xi) AARP Supplier Agreement, and

(xi) College Board Master Services Agreement & Amendments

2.      On March 21, 2019, the Court entered an order granting the Bid Procedures Motion and approving the Bid Procedures (the "**Bid Procedures Order**") [Docket No. 117]. This Notice is issued pursuant to the requirements of the Bid Procedures Order.  Each capitalized term in the Notice shall have the meaning ascribed to such term in the Bid Procedures.

3.      The Debtor has entered into Letter of Intent (the "**LOI**") with Infinisource Consulting Solutions, Inc., a Delaware corporation, ("**Purchaser**") dated March 8, 2019. Pursuant to the LOI, the Debtor intends to sell the Assets to the Purchaser for $5.2 million in cash, plus certain annual incentive payments for two years if the Assets satisfy certain revenue generating benchmarks.  The Debtor and Purchaser shall enter into an Asset Purchase Agreement within three (3) business days after the entry of the Bid Procedures Order.  The sale of the Assets will be subject to higher and better offers as set forth in the Bid Procedures.  Pursuant to the Bid Procedures and the Bid Procedures Order, the Assets will be sold following an Auction (if more than one Qualified Bid is received), as set forth in the Bid Procedures, and will be sold free and clear of all liens, claims, encumbrances and other interests. The Debtor's ability to close the transaction(s) contemplated is subject to approval of the United States Bankruptcy Court for the Eastern District of Virginia (the "**Bankruptcy Court**").

4.      The Bid Procedures provide for the following key dates in connection with the proposed sale of the Assets:

| Event | Date |
|---|---|
| Deadline to submit proof of Qualified Bidder qualifications | March 29, 2019 at 5:00 p.m. (Eastern Time) |
| Deadline to Object to Sale | April 3, 2019 |
| Opening Bid Deadline | April 4, 2019 at 5:00 p.m. (Eastern Time) |
| Auction | April 8, 2019 at 1:30 p.m. (Eastern Time) |
| Deadline to Disclose Terms of Winning Bid | April 9, 2019 |
| Deadline to Object to Auction Process or Results | Orally at the Sale Hearing |

| Sale Hearing | April 11, 2019 at 1:00 p.m. (Eastern Time) |
|---|---|

THESE DATES ARE SUBJECT TO CHANGE BY THE DEBTORS OR THE BANKRUPTCY COURT.  ALL PARTIES ARE ENCOURAGED TO CHECK THE BANKRUPTCY COURT DOCKET FOR CHANGES TO THESE DATES.

Copies of the Bid Procedures Order are available for review at the Office of the Clerk of the Court, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314, or upon request made to the undersigned counsel.

5.    Any objection to any of the relief to be requested at the Sale Hearing must be in writing, state the basis of such objection with specificity, and shall be filed with the Court, with a copy to Kristen E. Burgers, Esquire, Hirschler, 8270 Greensboro Drive, Suite 700, Tysons, Virginia 22102, counsel for the Debtor, so that the objection is actually received by deadline set by the Court.

6.    All requests for information concerning the Assets, the sale or the Bid Procedures, including requests for copies of the Motion or the Bid Procedures Order, should be directed in writing to counsel for the Debtor, Kristen E. Burgers, Esquire, Hirschler, 8270 Greensboro Drive, Suite 700, Tysons, Virginia 22102.

Dated: March 22, 2019                    Respectfully submitted,

*/s/ Kristen E. Burgers*
Kristen E. Burgers (VSB No. 67997)
HIRSCHLER
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  kburgers@hirschlerlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 19-10230-BFK |
| INSCOPE INTERNATIONAL, INC., | ) | |
| | ) | (Chapter 11) |
| Debtor. | ) | |
| | ) | |

## BID PROCEDURES

1.    These bid procedures (the "**Bid Procedures**") shall govern the process by which InScope International, Inc., the debtor and debtor in possession herein (the "**Debtor**"), shall sell substantially all of its assets (as more fully described herein, the "**Assets**").

2.    On March 21, 2019, the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division (the "**Bankruptcy Court**") entered its order (the "**Bid Procedures Order**") (A) Approving Bid Procedures for the Sale of the Debtor's Assets, (B) Authorizing and Scheduling  an Auction, (C) Scheduling a Hearing on the Sale of Substantially All the Debtor's Assets Free and Clear of Liens, (D) Authorizing the Assumption and Assignment of Certain Executory Contracts in Conjunction with the Sale, (E) Approving Certain Deadlines and the Form, Manner and Sufficiency of Notice, and (F) Granting Other Related Relief [Docket No. 117].

3.    Interested parties requesting information about these Bid Procedures, the qualification process or due diligence should contact the Debtor's counsel as follows:

Kristen E. Burgers (Va. Bar No. 67997)
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:  (703) 584-8902
Email:      kburgers@hirschlerlaw.com

*Counsel for the Debtor*

Kristen E. Burgers
Hirschler Fleischer
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:      (703) 584-8900
Facsimile:  (703) 584-8901
Email:  kburgers@hirschlerlaw.com

4.      The Debtor shall consult with its counsel, as well as with counsel for its secured

lenders, CM Sterling, LLC and Decathlon Alpha II, L.P. and counsel for the Official Committee

of Unsecured Creditors (collectively, the "**Major Stakeholders**"), on appropriate matters,

including, without limitation, (i) determining whether a potential bidder is a Qualified Bidder;

(ii) negotiating one or more agreement(s) with one or more Qualified Bidder(s); (iii) the auction

of the Assets pursuant to these Bid Procedures (the "**Auction**"), (iv) selecting the Successful

Bidder and Backup Bidder at the Auction; and (v) modifying or amending the Bid Procedures.

## THE ASSETS AND SALE TERMS

5.      The Assets include the Debtor's rights in the following contracts (collectively, the

"**Assets**"):[2]

> (i) Department of Energy (GS-35F-0048R),
> (ii) Department of Justice (I5JA0518P00000550),
> (iii) Task Order 89303018FET400006,
> (iv) GSA Schedule No. 47QTCA18D0079,
> (v) Volkswagen Agreement effective September 5, 2018,
> (vi) Acumen Solutions (MSA),
> (viii) FINRA Agreement No. CORP-0002845,
> (ix) Freddie Mac Master Agreement,
> (x) Board of Governors of the Federal Reserve System SOA 201400405,
> (xi) AARP Supplier Agreement, and
> (xi) College Board Master Services Agreement & Amendments.

---

[2] The Purchaser (as defined herein) reserves the right to revise the Assets to be purchased by the Purchaser subject to its bid.

6.      These Bid Procedures shall govern the sale of the Assets.  Purchasers may bid on all the Assets or a subset thereof; however, preference will be given to bids for the purchase of all the Assets.

7.      The sale of the Assets shall be on an "as is," "where is," and "with all faults" basis and without representations or warranties of any kind, nature or description by the Debtor, its agents, or estates except as may be agreed by the Debtor subject to the approval of the Bankruptcy Court.

8.      Subject to the Bankruptcy Court's approval, all of the Debtor's right, title and interest in and to the Assets shall be sold free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options and interests thereon and there against (collectively, the "**Interests**") subject to and in accordance with Sections 363, 365 and 1123 of the Bankruptcy Code, with such Interests to attach in the same amount, nature, extent and priority to the proceeds of the sale of the Assets, unless such Interests are assumed by the purchaser.

## **DUE DILIGENCE**

9.      Prior to the Auction, the Debtor shall afford any potential bidder the opportunity to conduct reasonable due diligence review.  The Debtor shall provide all potential bidders certain information in connection with the proposed sale, including, but not limited to, these proposed Bid Procedures and a copy of the Letter of Intent ("**LOI**") executed by  InfiniSource Consulting Solutions, Inc. (the "**Purchaser**" or "**Stalking Horse**") and the Asset Purchase Agreement (the "**APA**") to be executed by the Purchaser as soon as reasonably practicable.  The Debtor has established a virtual data room containing, among other things, all due diligence material made available to the Purchaser prior to execution of the LOI.  Should any potential bidder wish to access information in addition to the Bid Procedures, LOI and APA, such

potential bidder will (if it has not previously done so) be required to enter into a confidentiality agreement reasonably satisfactory to the Debtor.   Upon execution of the confidentiality agreement, the potential bidder shall be given access to the virtual data room containing contract documents and information and financial data and other relevant and confidential information. The Debtor shall provide all additional due diligence that is reasonably requested and, to the extent the Debtor furnishes any such potential bidder with any due diligence materials that are not already available in the virtual data room, the Debtor shall promptly add such information to the virtual data room for the benefit of all such potential bidders and the Purchaser.  The Debtor will provide each potential bidder and the Purchaser with access to the Debtor's current office space for inspection purposes only, if such party is interested in assuming the office space.

10.    The Debtor shall not be obligated to furnish any due diligence information after the Opening Bid Deadline, except to Qualified Bidders who have submitted Qualified Bids.

11.    The Debtor and its professionals do not represent or warrant the accuracy or veracity of any information that they provide to potential bidders in connection with due diligence; *provided*, *however*, that the Debtor and its professionals represent and warrant that they have made good faith efforts to ensure that information provided to potential bidders is accurate and complete.

## **<u>DETERMINATIONS BY DEBTOR</u>**

12.    After consultation with its Major Stakeholders, as appropriate, the Debtor is authorized (i) to determine whether any potential bidder is a Qualified Bidder; (ii) to coordinate the efforts of potential bidders in conducting their respective due diligence investigations; and (iii) to receive bids from Qualified Bidders (collectively, the "**Bidding Process**").

4

## <u>REQUIREMENTS OF "QUALIFIED BIDDER" STATUS</u>

13. Any potential bidder desiring to participate in the Bidding Process must be deemed a "Qualified Bidder" by the Debtor. To be deemed a Qualified Bidder, on or before 5:00 p.m. on March 29, 2019, such bidder must deliver to the Debtor, its professionals, and the Major Stakeholders:

(i) written evidence of available cash, a commitment for financing or ability to timely obtain a satisfactory commitment if selected as the Successful Bidder;

(ii) a representation that the potential bidder has the financial wherewithal to consummate the transactions contemplated or otherwise provide such information that will allow the Debtor to make a reasonable determination as to the potential bidder's ability to perform;

(iii) a representation that ($y$) the potential bidder has Department of Energy (DOE) Foreign Ownership, Control or Influence (FOCI) Office of Intelligence and Counterintelligence certification or is making a good faith effort to obtain DOE FOCI Certification and, ($z$) in the Debtor's reasonable discretion, has demonstrated the capability and credentials to obtain DOE FOCI certification in a timely manner;

(iv) a stipulation or evidence that submission of the bid, execution, delivery and closing on the purchase of the Assets is duly authorized and the prospective bidder has all requisite approvals from its board of directors or comparable governing body; and

(v) a certified check or other good and verifiable funds in the amount of ten percent (10%) of the proposed purchase price (the "**Good Faith Deposit**").

For the avoidance of doubt, the Purchaser shall be deemed a Qualified Bidder, and the APA shall be deemed a Qualified Bid as hereinafter defined, notwithstanding the provisions of paragraph 15(d), *infra*, and the Purchaser shall not be required to submit an additional Qualified Bid or any additional information but shall be required to post a Good Faith Deposit within three (3) business days of entry of the Bid Procedures Order.

14.    The Good Faith Deposits[3] shall be held by an escrow agent to be designated by the Debtor.  All Good Faith Deposits shall be returned within seventy-two (72) hours of the selection of the Successful Bidder as set forth herein, except for the Good Faith Deposit submitted by the Successful Bidder and the Back-Up Bidder.  The Good Faith Deposits of the Successful Bidder and Back-Up Bidder shall be held in separate accounts established by the Debtor.  If the Successful Bidder (or the Back-Up Bidder) fails to consummate an approved sale of the Assets because of a breach or failure to perform on the part of such Successful Bidder (or Back-Up Bidder), such Successful Bidder's (or Back-Up Bidder's) Good Faith Deposit will be held by the Debtor subject to the terms and conditions in paragraph 24 below.

15.    A Qualified Bidder that desires to make a bid for the Assets shall deliver written and electronic copies of such bid to the Debtor and its professionals so as to be received by no later than April 4, 2019 at 5:00 p.m. (Eastern Time) (the "**Opening Bid Deadline**").

## REQUIREMENTS FOR A QUALIFIED BID

16.    A "Qualified Bid" is an offer to purchase the Assets that conforms, to the Debtor's satisfaction (in consultation with its professionals and the Major Stakeholders), to the following requirements:

(a)    Identity of Offeror.  Discloses the identity of the offeror, including without limitation the identity of the equity holders and sponsors of the offeror; *provided*, *however*, that, if the offeror is a publicly traded company, the equity holders of such offeror need not be disclosed.

(b)    Form.  Includes a clean, duly executed and binding purchase agreement (an "**Agreement**"), together with all exhibits, schedules, and any ancillary agreements described therein and a redline of its proposed purchase agreement compared against the APA.

(c)    Purchase Price.  Identifies the purchase price and how the purchase price will be paid (*i.e.*, the dollar amount of each of the following:  cash, credit bid and/or assumption of liabilities) at closing;

---

[3] For the avoidance of doubt, the Good Faith Deposit of the Purchaser shall be held by an escrow agent mutually acceptable to the Purchaser and Debtor as set forth in the LOI.

   (d) <u>Minimum Cash</u>.

     a. a potential bidder is bidding on all of the Assets, the purchase price must include a minimum cash amount payable at closing in the amount of at least Five Million, Five Hundred Fifty Thousand Dollars ($5,550,000.00), which is equal to Cash Consideration of the bid submitted by the Stalking Horse of $5,200,000.00, plus (i) the break-up fee in the amount of $200,000.00 (the "**Break-Up Fee**"), (ii) Expense Reimbursement subject to a cap of $100,000.00 (the "**Expense Reimbursement**"), and (iii) the initial minimum overbid increment of $50,000.00 (the "**Bid Increment**"); or

     b. If a potential bidder is bidding on less than all of the Assets, the purchase price must include a minimum cash amount payment at closing in the amount greater than the aggregate sum of (i) the Break-Up Fee, (ii) the Expense Reimbursement, and (iii) an initial Bid Increment.

   (e) <u>Assets and Liabilities</u>. Identifies the acquired assets, excluded assets, assumed liabilities and retained liabilities, as applicable.

   (f) <u>Financing</u>. Includes evidence to the satisfaction of the Debtor, in consultation with the Debtor's professionals and Major Stakeholders, of the offeror's financial ability to consummate the transactions contemplated in the Agreement.

   (g) <u>Corporate Authority</u>. Includes written evidence to the Debtor's satisfaction, in consultation with the Debtor's professionals and Major Stakeholders,, of the authorization and approval from the offeror's board of directors (or comparable governing body) with respect to the submission, execution, delivery and consummation of the Agreement.

   (h) <u>Closing</u>. Confirms that, if selected as the Successful Bidder, the offeror will consummate and fund the Agreement in accordance with its terms by a date certain.

   (i) <u>Due Diligence</u>. Acknowledges and represents that the offeror:  (i) has relied solely upon its own independent review, investigation and/or inspection of any documents and/or the Assets in making its offer; (ii) did not rely upon any written or oral statements, representations, promises, warranties or guaranties whatsoever, whether express or implied (by operation of law or otherwise), regarding the Assets or the completeness of any information provided in connection therewith or the Auction other than as provided in the Agreement; and (iii) with the exception of the Purchaser, is not entitled to any breakup fee or similar type of payment, and by submitting an Agreement, waives, and shall be deemed to waive, the right to pursue a substantial contribution claim under Section 503 of the Bankruptcy Code related in any way to the submission of its bid or the Bid Procedures.

   (j) <u>Earnest Money Deposit</u>.  Includes the Good Faith Deposit.

   (k) <u>No Collusion</u>.  By submitting a Qualified Bid, each such bidder shall be deemed to have confirmed that it has not engaged in any collusive behavior with respect to the

bidding or the Auction.  The Debtor reserves the right to have each Qualified Bidder re-confirm that it has not engaged in any collusive behavior with respect to the bidding or the Auction.

17.     The Debtor, in its discretion, in consultation with its professionals and Major Stakeholders, may allow a Potential Bidder whose offer has failed to meet the requirements of a Qualified Bid additional time to cure any deficiencies through April 5, 2019, at 11:59 p.m. Between the Opening Bid Deadline and the Auction, the Debtor may negotiate with or seek clarification from Qualified Bidders.  Each Qualified Bidder shall promptly provide to the Debtor any information reasonably required in connection with the evaluation of a Qualified Bid. Without the consent of the Debtor, in consultation with its professionals and Major Stakeholders, a Qualified Bidder may not amend, modify, or withdraw its Qualified Bid, except to increase the purchase price or otherwise improve the terms of the Qualified Bid to make them more favorable to the bankruptcy estate during the period that such Qualified Bid is required to remain irrevocable and binding.

## **AUCTION**

18.     In the event that at least two (2) Qualified Bids (including the APA) are received by the Debtor by the Opening Bid Deadline, the Debtor will conduct an Auction.  The Auction, if any, shall be held at the law offices of Hirschler, 8270 Greensboro Drive, Suite 700, Tysons, VA 22101 at 1:00 p.m. (Eastern Time) on April 8, 2019 The bidding shall start at the amount offered in the highest Qualified Bid as determined by the Debtor.

19.     In the event that there are no Qualified Bids submitted by the Bid Deadline other than the APA, the Debtor will file a notice with the Bankruptcy Court cancelling the Auction by 11:59 p.m. on April 5, 2019 and shall request at the Sale Hearing that the Bankruptcy Court approve the LOI.

20.     Except as otherwise determined by the Debtor in consultation with its professionals and Major Stakeholders, only the (i) Debtor, (ii) the Debtor's professionals, (iii) the Major Stakeholders, (iv) the Office of the United States Trustee for the Fourth Circuit, (v) Qualified Bidders, (vi) any creditor of the Debtor that, at least five (5) business days prior to the Auction, delivers to Debtor's counsel (by mail or e-mail at the address or e-mail address identified hereinabove) a written request to attend the Auction, and (vii) the respective professionals of the foregoing, shall be entitled to attend the Auction; provided that (*x*) the Debtor reserves the right to object to any request to attend the Auction made by a creditor pursuant to clause (v) immediately above, and (*y*) if the Debtor and such creditor are unable to consensually resolve such objection promptly, the Debtor shall seek a teleconference with the Bankruptcy Court prior to the Auction to adjudicate such objection.  Only Qualified Bidders (including the Purchaser) are eligible to participate in the Auction.

21.     The Auction shall be governed by the following procedures:

(a)     Qualified Bidders shall appear at the Auction in person, or through a duly authorized representative who has all requisite authority to legally bind such Qualified Bidder.

(b)     The Debtor, in consultation with its professionals and Major Stakeholders, may conduct the Auction in the manner that the Debtor determines, in its reasonable business judgment, will result in the Successful Bid that will maximize the overall value of the Assets to the creditors and the Debtor's estate, and may adopt and modify rules for the Auction at the Auction that, in the Debtor's reasonable business judgment, in consultation with its professionals and Major Stakeholders, will better promote the goals of the Auction and that are not materially inconsistent with any of the provisions of the Bid Procedures Order, the Bankruptcy Code, or any order of the Bankruptcy Court.  All such rules will provide that:  (i) the Auction procedures must be fairly and evenly administered, and not intended to cause any participating Qualified Bidder to be disadvantaged in any material way with respect to the process as compared to any other participating Qualified Bidder; and (ii) all participating Qualified Bidders (or their authorized representatives) shall be entitled to be present for all bidding and that the terms of each Qualified Bid shall be fully disclosed or available to all other Qualified Bidders throughout the entire Auction.  Each bid by a Qualified Bidder at the Auction, if not inconsistent with the provisions of these Bid Procedures, shall be deemed to constitute a Qualified Bid.

(c)     The Debtor will arrange for the actual bidding at the Auction to be recorded by stenographic or video means.

(d)    No later than one (1) hour prior to the commencement of the Auction, the Debtor, in consultation with its professionals and Major Stakeholders, shall determine (i) the then-current highest or otherwise best bid (the "**Opening Bid**"), and (ii) the initial minimum overbid above the Opening Bid, which shall be in an amount not less than (a) Three Hundred Fifty Thousand Dollars ($350,000.00) if for a subset of the Assets and (b) Five Million Five Hundred Fifty Thousand Dollars ($5,550,000.00) if for all the Assets.

(e)    The Auction will begin with the Opening Bid. Subsequent to the initial round of bidding, the Auction may continue, in the discretion of the Debtor in consultation with its professionals and Major Stakeholders, with one or more subsequent rounds of bidding. The minimum overbid for any such subsequent rounds shall be Fifty Thousand Dollars ($50,000.00).

(f)    All Qualified Bidders shall be present for each round of bidding, *provided, however*, each Qualified Bidder may, in its sole discretion, decline to bid in one (1) round of bidding without ending its participation in the Auction, but may not decline to bid in more than one (1) round of bidding.

(g)    All Qualified Bidders shall have the right, at any time, to request that the Debtor announces, subject to any potential new bids, the then-current highest or otherwise best bid and, to the extent requested by any Qualified Bidder, use reasonable efforts to clarify any and all questions such Qualified Bidder may have regarding the Debtor's announcement of the then current highest or otherwise best bid.

(h)    In the discretion of the Debtor, in consultation with its professionals and Major Stakeholders, each Qualified Bidder shall have the right to propose modifications to its Agreement at the Auction; *provided, however*, that any such modifications to an Agreement on an aggregate basis and viewed in whole, shall not be less favorable to the bankruptcy estate as determined by the Debtor, in consultation with its professionals and Major Stakeholders.

(i)    Immediately prior to the conclusion of the Auction, the Debtor, in consultation with its professionals and Major Stakeholders (i) will review each bid made at the Auction; (ii) determine the highest or best bid for the Assets (the "**Successful Bid**" and the entity or entities submitting such Successful Bid, the "**Successful Bidder**"); and (iii) notify all Qualified Bidders at the Auction, prior to its conclusion, of the identity of the Successful Bidder. In making this determination, the factors that the Debtor may consider include, without limitation, the amount of the purchase price, the form of consideration offered, the Assets being purchased, and the Qualified Bidder's ability to close a transaction and the timing thereof.

(j)    In addition, the Debtor shall determine, in consultation with its professionals and Major Stakeholders, which Qualified Bid, if any, is the next highest or otherwise best Qualified Bid and designate such Qualified Bid as the "**Backup Bid**" which shall proceed to closing in the event the Successful Bidder fails to consummate the Successful Bid. A Qualified Bidder that submits the Qualified Bid that is designated as the Backup Bid is the "**Backup Bidder**." The Backup Bid shall terminate (i) automatically upon consummation of the Successful Bid, or (ii) when the Backup Bidder provides notice of termination to the Debtor in accordance with the terms of the Backup Bid. If the Successful Bid does not close, and provided that the Backup Bid has not been terminated, the Debtor shall give notice to the Backup Bidder

to consummate the Backup Bid, the Debtor and the Backup Bidder shall agree upon a reasonable time period within which to close, and the Debtor shall, upon request of the Backup Bidder, seek a confirmatory order of the Bankruptcy Court of such Backup Bid.

(k)    At the conclusion of the Auction, any and all key terms of the Successful Bid and the Backup Bid shall be recited on the record to ensure the accuracy thereof and to aid in the final documentation of the sale.

(l)    All Qualified Bidders at the Auction shall be deemed to have consented to the core jurisdiction of the Bankruptcy Court and waived any right to a jury trial in connection with any disputes relating to the Auction, and the construction and enforcement of the Successful Bid, as applicable.

## SALE HEARING

22.    A hearing to consider of the sale to the Purchaser or Successful Bidder will be held on April 11, 2019 (the "**Sale Hearing**") at 1:00 p.m..  At the Sale Hearing, the Debtor will seek authorization to consummate the transaction proposed by the Purchaser or the Successful Bidder.  The Auction and/or the Sale Hearing may be adjourned in open court from time to time, without further notice.  The Sale Hearing will be held before the Honorable Klinette H. Kindred, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of Virginia, Courtroom III, 200 South Washington Street, Alexandria, Virginia 22314.

23.    Any objections to any of the relief to be requested at the Sale Hearing must be in writing, state the basis of such objections with specificity and be filed with the Bankruptcy Court on or before April 3, 2019, *provided, however*, that objections to the Bankruptcy Court's approval or disapproval of the Successful Bid designation or  the Back-Up Bid designation, or any terms of the Successful Bid or Backup Bid that differ from the APA shall be deemed timely made if (but only if) made orally on the record at the Sale Hearing when requested by the Bankruptcy Court.  All such objections shall be served in accordance with the Sale and Bid Procedures Notice so as to actually be received by such date and time.

24.    In the event that a Successful Bidder fails to consummate a purchase in accordance with the Successful Bid, the Backup Bidder shall be designated the Successful Bidder and the Debtor shall be directed to and authorized to effect such transaction without further order of the Bankruptcy Court.  The Successful Bidder and Backup Bidder, if any, should be represented by counsel at the Confirmation Hearing.

<strong><u>CONSUMMATION OF THE PURCHASE</u></strong>

24.    The purchase of the Assets shall be consummated as set forth below.

A.    <u>Application of Earnest Money Deposit</u>

(1)    If the Successful Bidder consummates the proposed sale on the terms and conditions of the Successful Bid, the Earnest Money Deposit of such Successful Bidder will be applied to the purchase price at closing.

(2)    If the Successful Bidder fails to consummate the proposed sale on the terms and conditions of the Successful Bid, breaches the terms and conditions of the Successful Bid, or otherwise fails to perform its obligations hereunder or thereunder, the Debtor may, and without further order of the Bankruptcy Court, deem the Successful Bidder to be a "**Defaulting Buyer**," at which time the Successful Bid shall be deemed rejected.

(3)    A Defaulting Buyer automatically forfeits its Earnest Money Deposit.

B.    <u>Backup Purchase</u>

(a)    Upon a determination by the Debtor, in consultation with its professionals and Major Stakeholders, that the Successful Bidder is a Defaulting Buyer, the Debtor will be authorized, but not required, to consummate a sale with a Backup Bidder on the terms and conditions of the Backup Bid without further order of the Bankruptcy Court, provided that the Bankruptcy Court approved such Backup Bid at the Sale Hearing.

(b)    If a Backup Bidder consummates a sale on the terms and conditions of the Backup Bid, the Earnest Money Deposit of such Backup Bidder will be applied to the purchase price at closing.  In the event that the Debtor seeks to consummate a sale on the terms and conditions of a Backup Bid with a Backup Bidder and such Backup Bidder fails to consummate such sale on or before the alternative closing date, breaches its Backup Bid, or otherwise fails to perform, the Debtor may, in its business judgment and in consultation with its professionals and Major Stakeholders, and without further order of the Bankruptcy Court, deem such Backup Bidder to be a Defaulting Buyer and pursue the same remedies set forth hereinabove with respect thereto (including, but not limited to, retaining and applying the Backup Bidder's Earnest Money Deposit as part of the Debtor's damages resulting from the breach or failure to perform by the Backup Bidder).

(c)    In the event that the Backup Bid terminates, the Good Faith Deposit shall be returned within three (3) business days of such termination.

25.    These Bidding Procedures may not be modified except with the express prior written consent of (i) the Debtor and (ii) the Purchaser. For the avoidance of doubt, no such modification may affect the Debtor's obligations to pay the Breakup Fee or the Expenses Reimbursement if and when required under the terms of the Bid Procedures Order.

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 22nd day of March, 2019, a copy of the foregoing Notice of Bid Procedures, Auction Date, and Confirmation Hearing and a copy of the Bid Procedures was served (a) by operation of this Court's CM/ECF electronic case management system on the parties identified on Exhibit A (ECF Service List), (b) by first-class mail on the parties identified on Exhibit B (First Class Mail Service List), (c) by e-mail on the parties identified on Exhibit C (E-Mail Service List), (d) by posting to the InScope International, Inc. file share site; and (e) by first-class mail on the Purchaser and on all entities known to have expressed an interest in bidding on the Assets.

*/s/ Kristen E. Burgers*
_____
Kristen E. Burgers

4

## **EXHIBIT A**

## **ECF SERVICE LIST**

**Electronic Mail Notice List** - Parties in the case only

- John P. Fitzgerald, III:          ustpregion04.ax.ecf@usdoj.gov
- Kenneth M. Misken:              kmisken@milesstockbridge.com
- Joel Larkin Perrell, Jr.:          jperrell@milesstockbridge.com
- Frances C. Wilburn:             fwilburn@offitkurman.com
- Bryn Sherman:                  bsherman@offitkurman.com
- Ashish Rawat:                  ecfnotices@ascensioncapitalgroup.com
- Alexander M. Laughlin:          alex.laughlin@ofplaw.com
- Lauren Friend McKelvey:        lauren.mckelvey@ofplaw.com
- Paul D. Economon:              paul.economon@firsherbroyles.com
- J. Caleb Jones:                 jcjones@simmsshowerslaw.com
- Steven B. Ramsdell:            sramsdell@tbrclaw.com
- Anthony F. Giuliano:            afg@pryormandelup.com
- Kevin M. O'Donnell:            kmo@henrylaw.com
- Stephen Metz:                 smetz@offitkurman.com
- Jack I. Frankel:                jack.i.frankel@usdoj.gov
- Joseph A. Guzinski:            joseph.a.guzinski@usdoj.gov
- John Chapman Petersen:         jcp@petersenfirm.com
- Jeffrey L. Tarkenton:            jeffrey.tarkenton@wbd-us.com
- Frances C. Wilburn               fwilburn@offitkurman.com

# EXHIBIT B

# FIRST CLASS MAIL SERVICE LIST

**ADP LLC**
**One ADP Boulevard**
**Roseland, NJ 07068-1786**

**APP Group International LLC**
**One Commerce Plaza**
**99 Washington Avenue, Suite 850A**
**Albany, NY 12210-2804**

**APP Group International LLC**
**c/o Jason Gang**
**1245 Hewett Plaza, Suite 478**
**Hewlett, NY 11557**

**APP Group International Inc.**
**411 Hempstead Turnpike**
**West Hempstead, NY 11552**

**Ace Parking Management**
**PO Box 44512**
**Washington, DC 20026-4512**

**Alliant Group LP**
**3009 Post Oak Boulevard, Suite 2000**
**Houston, TX 77056-6599**

**American Express Travel Related Svcs. Co.**
**c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

**Asta CRS Inc.**
**44121 Harry Byrd Highway, Suite 230**
**Ashburn, VA 20147**

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

**Automation Career Consultants**
**1 Bateau Landing**
**Grasonville, MD 21638-9660**

**Automox Inc.**
**1909 Broadway, Suite 200**
**Boulder, CO 80302-5264**

**BKM Consulting**
**405 Salyor Way SW**
**Leesburg, VA 20175-5824**

**Michael G. Bruce**
**12018 Sunrise Valley Drive, Suite 100**
**Reston, VA 20191-3444**

**Barnard & Fifth Capital Group**
**201 Irving Place, Suite 2**
**Woodmere, NY 11598-1639**

**Bluestar Systems Inc.**
**c/o Faisal Shahbaz, Reg. Agent**
**9717 Waterline Drive**
**Burke, VA 22015**

**Business Furniture Installation**
**821 Oregon Avenue, Suite C**
**Linthicum Heights, MD 21090-1419**

**Business Merchant Funding**
**680 Central Avenue**
**Cedarhurst, NY 11516-2329**

**CBSG**
**22 N. 3rd Street**
**Philadelphia, PA 19106-2113**

**CWPS**
**14111 Park Meadow Drive**
**Chantilly, VA 20151**

**Capital Merchant Services LLC**
**180 Wolftrap Road, Suite 101**
**Albany, NY 12205-1138**

**Cara Cecelia Mockrish**
**12345 Rice's Crossings**
**PO Box 1111**
**Oregon House, CA 95962-1111**

**CareerBuilder LLC**
**13047 Collection Center Drive**
**Chicago, IL 60693-0130**

**Centre Consulting**
**c/o Barbara S. Kinosky, Reg. Agent**
**Centre Law Group**
**8330 Boone Boulevard, Suite 300**
**Tysons, VA 22182**

**Chags Health Information**
**10500 Little Patuxent Parkway, Suite 430**
**Columbia, MD 21044-3563**

2

**Christopher Castro**
**17 State Street, Suite 4000**
**New York, NY 10004-1508**

**Christopher S. Young**
**Business & Technology Law Group**
**6310 Hillside Court, Suite 160**
**Columbia, MD 21046-1081**

**Chubb Group of Insurance Co.**
**202 B Hall's Mill Road**
**Whitehouse Station, NY 08889-3454**

**Citrix/LogMeInUSA**
**PO Box 50264**
**Los Angeles, CA 90074-0264**

**Clifton Larson Allen LLP**
**1966 Greenspring Drive, Suite 300**
**Timonium, MD 21093-4161**

**Cooley Godward Kronish LLP**
**101 California Street, 5th Floor**
**San Francisco, CA 94111-3580**

**Comptroller of Maryland**
**Revenue Admin Division**
**110 Carroll Street**
**Annapolis, MD 21411-1000**

**Concur Technologies Inc.**
**18400 NE Union Hill Road**
**Redmond, WA 98052-3332**

**Cynthia G. Downs**
**15604 Warm Springs Court**
**Charlottes, NC 28278-8845**

**CoreSite LP**
**PO Box 74338**
**Cleveland, OH 44194-4338**

**Cyberspace Analytics Corporation**
**3724 Chatham Road**
**Ellicott City, MD 21042-5106**

**DC Gov't Office of Tax & Revenue**
**PO Box 37559**
**Washington, DC 20013**

**DC Treasurer**
**1101 4th Street, SW**
**Washington, DC 20024**

**David Garrett**
**20933 Cedarpost Square, #301**
**Ashburn, VA 20147-7799**

**DHI Group Inc.**
**Attn.: Bob Collins**
**1450 Broadway, 29th Floor**
**New York, NY 10018**

**Dhiyo Systems LLC**
**7925 Nodi Court**
**Manassas, VA 20111-1978**

**Dice.Com**
**4939 Collections Center Drive**
**Chicago, IL 60693-00001**

**Fairfax County Dept. of Tax Admin.**
**12000 Government Center Parkway, Ste. 223**
**Fairfax, VA 22035**

**Financial System Technologies**
**6541 Old Chesterbrooke Road**
**McLean, VA 22101-4610**

**Focus Investment Banking**
**8065 Leesburg Pike, Suite 850**
**Vienna, VA 22182-2702**

**Federal Home Loan Mortgage Corp.**
**8200 Jones Branch Drive,**
**McLean, VA 22102**

**Fannie Mae**
**12900 Worldgate Drive, 7H-210**
**Herndon, VA 20170**

**Fundbox**
**300 Montgomery Street, Suite 900**
**San Francisco, VA 94104**

**Fusion Plus Solutions Inc.**
**3 Ethel Road, Suite 303**
**Edison, NJ 08817-2857**

**GCF Consulting LLC**
**1604 Dickens Place**
**Upper Marlboro, MD 20774-6020**

**George E. Warner**
**Warner Law**
**1515 One Financial Plaza**
**120 South Sixth Street**
**Minneapolis, MN 55402-1803**

**HCL Global Systems Inc.**
**24543 Indoplex Circle, Suite 220**
**Farmington Hills, MI 48335-2529**

3

Holland & Hart, LLP
PO Box 8749
Denver, CO 80201

Hudson Data LLC
122 N. Genesee Street, Suite 302A
Geneva, NY 14456-1163

Idexcel Inc.
459 Herndon Parkway, Suite 11
Herndon, VA 20170-6221

InScope Energy LLC
12018 Sunrise Valley Drive, Suite 100
Reston, VA 20191

InScope Health LLC
12018 Sunrise Valley Drive, Suite 100
Reston, VA 20191

InScope Innovation Inc.
12018 Sunrise Valley Drive, Suite 100
Reston, VA 20191

InScope Inspire LLC
12018 Sunrise Valley Drive, Suite 100
Reston, VA 20191

Intelliteach
Attn: Brian Martin
701 Emerson Road, Suite 400
Creve Coeur, MO 63141

Izenberglaw PLLC
2201 Wisconsin Avenue, NW, Suite 200
Washington, DC 20007-4100

Insight Direct USA Inc.
PO Box 731069
Dallas, TX 75373-1069

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iron Mountain Inc.
PO Box 27128
New York, NY 10087-7128

Jabil Circuit Inc.
3800 Giddings Road
Auburn Hills, MI 48326

JB Micro Inc.
3226 Diablo Avenue
Hayward, CA 94545-2780

James C. Brand
Frederikson & Byron, PA
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425

Job Diva Inc.
Wall Street Station
PO Box 876
New York, NY 10268-0876

Kanor Systems Inc.
13889 Walney Place
Chantilly, VA 20151

Kronsys Inc.
6512 Six Forks Road, Suite 304-A
Raleigh, NC 27615-6562

Land Rover Financial Group
PO Box 78070
Phoenix, AZ 85062-8070

Leidos Inc.
11955 Freedom Drive
Reston, VA 20190

Liazon
PO Box 8000
Department 428
Buffalo, NY 14267-00002

Marlabs Incorporated
PO Box 21798
New York, NY 10087-1798

MavTech Solutions
7310 Fleet Avenue
Cleveland, OH 44105-2202

Management Accounting & Consultants
200 Stonewall Avenue
Middleburg, VA 20117-2603

Monster Inc.
PO Box 90364
Chicago, IL 60696-0364

NGS Infonet Inc.
12310 Pinecrest Road, Suite 206
Reston, VA 20191-1659

Meta Dimensions Inc.
43690 Luckets Bridge Circle
Ashburn, VA 20148-6724

Navitas Business Consulting Inc.
13454 Sunrise Valley Drive, Suite 240
Herndon, VA 20171-3278

Octagon Consulting LLC
44084 Saxony Terrace
Ashburn, VA 20147

One Voice Communications Inc.
4546 Woodland Road, Suite 250
Sterling, VA 20166

Ordusion Technologies Inc.
3057 Peachtree Industrial Boulevard, Ste. 210
Duluth, GA 30097

Par Funding
22 N. 3rd Street
Philadelphia, PA 19106-2113

Pre-Paid/Legal Shield
PO Box 2629
Ada, OK 74821-2629

QPro Solutions Inc.
c/o Nirmal Sandhu, Reg. Agent
20577 Triple Crown Court
Ashburn, VA 20147

Quadel Consulting
1200 G Street, NW, Suite 700
Washington, DC 20005-6703

RJT Compuquest Inc.
222 N. Sepulveda Boulevard, Suite 2250
El Segundo, CA 90245-5635

RS Sai Solutions Corp.
41455 Carriage Horse Drive
Aldie, VA 20105-3108

Residential Financial LLC
c/o Kamal Khan
22923 Quicksilver Drive, Suite 107
Sterling, VA 20166-2013

Richard Kruger
Jaffe Raitt Heuer & Weiss PC
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214

Office of HQ PS
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585

River Capital Partners LLC
d/b/a Hop Capital
137 Greenway Road
Lido Beach, NY 11561

SPG Advance LLC
Lazer Preizler
5306 New Utrecht Avenue
Brooklyn, NY 11219-4139

Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-5000

Ski Fi Capital Partners Inc.
22 Cortlandt Street, 11th Floor
New York, NY 10007-3171

Software Programming Group LLC
15 Corporate Place South, Suite 421
Piscataway, NJ 08854-6115

ST. Logics
1119 Keystone Way, Suite 301
Carmel, IN 46032

Sterling Commercial Credit LLC
10559 Citation Drive, Suite 204
Brighton,  MI 48116-8398

Sterling Talent Solutions
PO Box 28047
New York, NY 10087-8047

Sundun
PO Box 39
Beltsville, MD 20704-0039

Sunrise Systems Inc.
PO Box 513
Metuchen, NJ 08840-0513

Swapnil S. Shah
4211 Sleepy Lake Drive
Fairfax, VA 22033-2840

Super G Capital LLC
c/o Salisian Lee LLP
550 S. Hope Street, Suite 750
Los Angeles, CA 90071

Tamieka Lucas
8200 Cooper Street
Alexandria, VA 22309

TekAgile Solutions LLC
8115 Maple Lawn Boulevard, Suite 350
Fulton, MD 20759-2683

5

TekShapers Inc.
1441 East Maple Road, Suite 301
Troy, MI 48083-4027

Texperts Inc.
8500 Leesburg Pike, Suite 408
Vienna, VA 22182-2409

The Hartford
PO Box 660916
Dallas, TX 75266-0916

The LCF Group
411 Hempstead Turnpike
West Hempstead, NY 11552-1350

The Lincoln National Life
PO Box 08221
Carol Stream, IL 60132-0821

TransLang Ltd.
PO Box 232
Great Falls, VA 22066

UPS Freight
PO Box 650690
Dallas, TX 75265-0690

Unify Solutions Inc.
4 West Rolling Crossroads, Suite #09
Cantonsville, MD 21228-6278

United Business Technologies
9218 Gaither Road
Gaithersburg, MD 20877-1420

Vaktech Inc.
101 Morgan Lane, Suite 303
Plainsboro, NJ 08536-3345

Verizon Wireless
PO Box 17464
Baltimore, MD 21297-1464

Vigna Solutions Inc.
21351 Gentry Drive, Suite 145
Sterling, VA 20166-8511

Virtustream Inc.
8444 Westpark Drive, Suite 900
McLean, VA 22102

W.B. Mason Co., Inc.
PO Box 981101
Boston, MA 02298-1101

Your Cyber Security Matters
19 Rutledge Court
Sterling, VA 20165-6243

ZK IT Consulting
115 Lowell Street
Carteret, NJ 07008-2919

Zoho Corporation
4141 Hacienda Drive
Pleasanton, CA 94588

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382

Albert M. Bruce Jr.
4820 Point Pleasant Pike
Doylestown, PA 18902

Alexander Burkovsky
13352 Foxhole Drive
Fairfax, VA 22033

Amanda Grosiak
8321 Eagle Rock Avenue
Albuquerque, NM 87122

Amita Singh
43159 Scenic Creek Way
Leesburg, VA 20176

Andy Herscher
2615 Oak Vista Court
Castle Rock, CO 80104

Andy Thanh Lam
15042 Athey Road
Burtonsville, MD 20866

Angela Thomas
7617 Derek Drive
Raleigh, NC 27613

Anna Correa
151 S. Highland Avenue
Ossining, NY 10562

Anushree Jain
2016 Peach Orchard Drive, Apt. 23
Falls Church, VA 22043

Den Conrey
410 Kojun Court
Sterling, VA 20164

Bharathi Nanduru
42661 Paradise Spring Court
Ashburn, VA 20148

Bobby Segears
4500 Bowen Road, SE
Washington, DC 20019

Brad Harper
5806 Channing Road
Springfield, VA 22150

Bradley Sroka
20485 Morningside Terrace
Sterling, VA 20165

Brian Moran
4316 S. 6th Street
Arlington, VA 22204

Cary Bloom
37 Brighton Drive
Gaithersburg, MD 200877

Catherine Poole
19166 Coton Hall Street
Leesburg, VA 20176

Chandra Immadi
3230 Yeager Drive
Herndon, VA 20171

Charles Hill Jr.
4849 Frankford Road, Apt. 1211
Dallas, TX 75287

Cheryl Black
1613 Chickasaw Place
Leesburg, VA 20176

Craig Bowser
216 Cranbrook Drive, NE
Leesburg, VA 20176

Daniel Bredy
5948 Berkshire Court
Alexandria, VA 22303

Daniel Wellington
902 Parma Court
Davidsonville, MD 21035

Dawn Dumbeck
21323 Meadow Field Court
Ashburn, VA 20148

Derrick ramberger
15338 Edgehill Drive
Dumfries, VA 22025

Derris Owens
1900 Ararat Court
Accokeek, MD 20607

Dushyant Sethi
1819 Great Falls Street
McLean, VA 22101

Edward Wilcox
2351 Eisenhower Avenue, #1301
Alexandria, VA 22314

Eileen Cunius
18513 Yarnbrooke Place
Olney, MD 20832

Erik Schroeder
485 Harbor Side Street, #305
Woodbridge, VA 22191

Geetha Thota
42617 Beckett Terrace
Ashburn, VA 20148

Glenn Ervin
43118 Arundell Court
Broadlands, VA 20148

Gregory Blackmon
8930 Contenental Place
Landover, MD 20785

Gurpreet Kaur
25332 Eldridge Terrace
Chantilly, VA 20152

Henry Gueringer
15305 Santini Road
Burtonsville, MD 20866

Jaime Sanchez
2157 Golf Course Drive
Reston, VA 20191

7

Jaime Stykemain
1881 Clovis Court
Virginia Beach, VA 23454

James Chadwick
11612 Ivystone Court, Apt. 301
Reston, VA 20191

Jamie Gausemel
1629 L Street, NE, #306
Washington, DC 20002

Janelle Ashe
2016 N. Illinois Street
Arlington, VA 22205

Jennifer Garst
5016 Desert Forest Court
Haymarket, VA 20169

Jesse Lim
13332 Gloverdale Place
Germantown, MD 20874

Jessica Card
214 Catoctin Circle, NE
Leesburg, VA 20176

Jessica L. Sawyer
8010 Blair Mill Way, Apt. 1404E
Silver Spring, MD 20910

Joseph Stapleton
41700 Truly Circle
Aldie, VA 20105

Ka Pang Yu
42948 Spyder Place
Chantilly, VA 20152

Kelly Kenealy
3105 Vandever Street
Brookeville, MD 20833

Kevin Dougherty
1 Baederwood Court,
Rockville, MD 20855

Kevin Firman
1425 Occoquan Heights Court
Occoquan, VA 22125

Kim Boody
3731 N. Country Club, #1128
Aventura, FL 33180

Kiranmayi Nathani
41455 Carriage Horse Drive
Aldie, VA 20105

Kyle Shriver
2330 Dulles Station Boulevard, #2402
Herndon, VA 20171

Katore Whitaker
1731 Lang Place, NE
Washington, DC 20002

Madeline B. Cohen
11875 Fawn Ridge Lane
Reston, VA 20194

Marcus Bowie
2130 Brooks Drive, #203
District Heights, MD 20747

Margaret Shrewsbury
1804 E. Grauwyler Road
Irving, TX 75061

Mark Kruse
1613 Flammarion Court
Virginia Beach, VA 23454

Mark Potter
2713 Pinebrook Road
Hyattsville, MD 20785

Matthew Wood
10518 Rosenhaven Street, #105
Fairfax, VA 22030

Mike Bruce
11990 market Street, #1507
Reston, VA 20190

Michael Meyers
8010 Blair Mill Way, #1404E
Silver Spring, MD 20910

Mike Maslar
2500 Clarendon Boulevard, #217
Arlington, VA 22201

Min Han
4967 Vail Ridge Lane
Fairfax, VA 22030

Minnie Kim
8208 Pasquel Flower Place
Lorton, VA 22079

Nagarjuna Indurti
42574 Glass Lane
Ashburn, VA 20148

Nathan Craig
131 Christie Hill Road
Darien, CT 06820

Nathaniel Hall
10245 Winged Elm Circle
Manassas, VA 20110

Noorali Motani
13329 Hound Run Drive
Fairfax, VA 22033

Osa Wille3tte
13912 Atwood Knoll Court
Silver Spring, MD 20906

Paulette Jennings
803 S. Sterling Boulevard
Sterling, VA 20164

Pawan Thapa
8120 Weatherwood Court
Manassas, VA 20109

Peggy Franklin
296 Dover Road
Warrenton, VA 20186

Pinky Parikh
21066 Potomac Trail
Ashburn, VA 20148

RamanaKumari Gopireddy
23531 Christina Ridge Square
Ashburn, VA 20148

Renelle Sutton
23382 Evening Primrose Square
Ashburn, VA 20148

Roderick Sheckler
21 Silverwood Circle, #11
Annapolis, MD 21403

Ronald Mizrahi
11604 Fulham Street
Silver Spring, MD 20902

Sarah Bruce
11990 Market Street, #1507
Reston, VA 20190

Sarah Lofinmakin
11813 Bishops Content Road
Bowie, MD 20721

Satyarekha Doodala
6686 Jessamine Court
Annandale, VA 22003

Semsettin Ilyas
3211 Arrowhead Circle, #G
Fairfax, VA 22030

Shamim Mehbub
13527 Pennsboro Drive
Chantilly, VA 20151

Sujatha Annapureddy
23182 Glenorchy Court
Ashburn, VA 20148

Susan Burt
24120 Briggs Way
Windsor, VA 23487

Vernon Davis
421 10th Street, NE
Washington, DC 20002

Vijay Kalidas
17534 Charity Lane
Germantown, MD 20874

**EXHIBIT C**

**E- MAIL SERVICE LIST**

| Email | Company |
|---|---|
| alluri@tekagile.com | TekAgile Solutions LLC |
| Kkirkwood@automationcareer.com | AUTOMATION CAREER CONSULTANTS |
| sree@unifysolutions.com | UNIFY SOLUTIONS INC |
| IronMountainBillingServices@BillTrust.com | IRON MOUNTAIN INC |
| djwellington29@yahoo.com | |
| invoices@texperts-inc.com | TEXPERTS  INC |
| greigfields@gcfllc.com | GCF CONSULTING LLC |
| cynthia_downs@freddiemac.com | CYNTHIA G. DOWNS |
| karthick@consultoctagon.com | OCTAGON CONSULTING LLC |
| region2@legalshieldcorp.com | Pre-Paid/LEGAL SHIELD |
| sarayu@sunrisesys.com | SUNRISE SYSTEMS, INC |
| accounts@stlogics.com | ST LOGICS |
| laurie@sundun.com | SUNDUN |
| flavia.douglas@sterlingcheck.com | STERLING TALENT SOLUTIONS |
| hr@edifytech.com | EDIFY TECHNOLOGIES INC |
| accounts.receivable@careerbuilder.com | CAREERBUILDER, LLC |
| jv@verstandiglawfirm.com | Jacob Verstandig, PLLC |
| gokulr@ngsinfonet.com | NGS INFONET INC |
| ssenz@yahoo.com | YOUR CYBER SECURITY MATTERS, L |
| Sarah.davis@alliantgroup.com | ALLIANT GROUP, LP |
| prithviraj.hotpeti@agreeya.com | MavTech Solutions |
| invoices@kronsys.com | KRONSYS INC |
| Vigna.HR@vignasolutions.com | VIGNA SOLUTIONS INC |
| preethi.r@ordusion.com | ORDUSION TECHNOLOGIES INC |
| Bonnie.L.Petricca@leidos.com | LEIDOS, INC |
| bhakthan@hotmail.com | DHIYO SYSTEMS LLC |
| seth@skyficapitalpartners.com | Skyfi Capital Partners |
| info@zkitc.com | ZK IT CONSULTING |
| josh@izenberglaw.com | IZENBERGLAW PLLC |
| arfollowup@hclglobal.com | HCL GLOBAL SYSTEMS, INC |
| accounts@vaktech.com | VAKTECH INC |
| regi@talteam.com | TALTEAM, INC |
| jayasri@kanorsystems.com | KANOR SYSTEMS INC |
| accounts@tekshapers.com | TekShapers Inc |
| iso@riveradvance.com | River Capital Partners |

| Email | Company |
|---|---|
| joecole@parfunding.com | PAR Funding |
| info@businessmerchantfunding.com | Business Merchant Funding |
| vmorgan@cwps.com | CWPS |
| Uday.Krishna@marlabs.com | MARLABS INCORPORATED |
| robb.durai@finsystechinc.com | FINANCIAL SYSTEM TECHNOLOGIES, |
| marie.priscilla.lim@sap.com | CONCUR TECHNOLOGIES, INC |
| aogrady@centrelawgroup.com | CENTRE CONSULTING |
| accounts@astacrs.com | ASTA CRS Inc. |
| alexander.gossement@logmein.com | CITRIX/LOGMEINUSA |
| dpearson@aceparking.com | ACE PARKING |
| davegarrett@gmail.com | DAVIS GARRETT |
| kveni@spgamerica.com | SOFTWARE PROGRAMMING GROUP LLC |
| CynthiaSanoCS@mnact.com | MANAGEMENT ACCOUNTING & CONSUL |
| dsidhu@cyberspaceanalytics.com | CYBERSPACE ANALYTICS CORPORATI |
| Mary.Elizabeth@dell.com | VIRTUSTREAM, INC |
| cristi.lengsfeld@brookfieldproperties.com | TWO RESTON CO., LLC |
| abraham.raj@zohocorp.com | ZOHO CORPORATION |
| info@barnardandfifth.com | Barnard & Fifth Capital Group LLC |
| kcassidy@clearfocustech.com | CLEAR FOCUS TECHNOLOGIES, LLC |
| Brian.Enverso@claconnect.com | CLIFTON LARSON ALLEN LLP |
| nathanikiran@yahoo.com | RS SAI SOLUTIONS CORP |
| garlando.mccord@gsa.gov | GENERAL SERVICES ADM |
| finance@cloudwick.com | JBMICRO INC |
| laura.lau@jobdiva.com | JOB DIVA, INC. |
| wes@automox.com | AUTOMOX INC |
| KMELENDE@INSIGHT.COM | INSIGHT DIRECT USA, INC |
| upsbillingcenter@ups.com | UPS |
| vbhaktha@qprosol.com | QPro Solutions Inc |
| businesscenter@mail.service.thehartford.com | THE HARTFORD |
| ar@idexcel.com | IDEXCEL INC |
| ecapps@seyfarth.com | SEYFARTH SHAW LLP |
| mlincoln@cooley.com | COOLEY GODWARD KRONISH LLP |
| info@mcarecovery.com | MCA Recovery |
| dfortner@bbdcmetro.com | CHUBB GROUP OF INSURANCE |
| tomski4@verizon.com | BKM CONSULTING |
| billing@onevoiceinc.com | ONE VOICE COMMUNICATIONS, INC. |
| barbara.webb@wbmason.com | W.B.MASON CO., INC. |
| cmockrish@acumensolutions.com | CARA CECELIA MOCKRISH |
| tmcgee@businessfurnitureinstallations.com | BUSINESS FURNITURE INSTALLATIO |
| jeri.gelinskey@monster.com | MONSTER INC. |

| Email | Company |
|-------|---------|
| AR@dhigroupinc.com | DICE.COM |
| taxhelp@comp.state.md.us | COMPTROLLER OF MARYLAND |
| chaya@hudsondatallc.com | HUDSON DATA LLC |
| attpremier@response.att-mail.com | AT&T MOBILITY |
| Gyananand.Gyanesh@apolisrises.com | RJT COMPUQUEST INC |
| billing@coresite.com | CORESITE L.P. |
| qaisar@bluestarsystemsinc.com | BLUESTAR SYSTEMS INC |
| invoice@fusionplusinc.com | FUSION PLUS SOLUTIONS INC |
| ocfo@dc.gov | DC TREASURER |
| info@quadel.com | QUADEL CONSULTING |
| afeldman@thelcfgroup.com | Last Chance Funding |
| stephen@recoveryofjudgment.com | Recovery of Judgement |
| joe@hopcapitalllc.com | |
| joe@parfunding.com | |
| glenn.s.nozick@leidos.com | Leidos, Inc. |
| revati.patil@havitastech.com | NAVITAS BUSINESS CONSULTING IN |
| Andrew.N.Petrakes@leidos.com | Leidos, Inc. |
| info@appfunding.com | APP Group International LLC |
| sihra.harjot@astacrs.com | Asta CRS, Inc. |
| funding@spgadvance.com | SPG Advance |
| kirany@c-hit.com | CHAGS Health Information |

## EXHIBIT D

## PURCHASER AND INTERESTED PARTIES SERVICE LIST

ICS InfiniSource
Carole Davis, CFO
201 Loudoun Street, SE, Suite 200
Leesburg, VA 20175

Xator Corporation
Mark Skinner, CSO
1835 Alexander Bell Drive, Suite 210
Reston, VA 20191

ACI Federal
Thomas Asefi, CEO
1025 Connecticut Avenue, NW, Suite 1000
Washington, DC 20036

DKW Communications, Inc.
Darryl Washington, CEO
2001 L Street, NW
Washington, DC 20036

Darkblade Systems
Kyle McKuhen, Director and Program Manager
420 West Jubal Early Drive, Suite 204
Winchester, VA 22601